UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SERGIO AGUIAR CRUZ,

    Plaintiff,


vs.                            CASE NO. 8:07-CIV-1534-T-17-EAJ


U.S. DIRECTOR OF
IMMIGRATION. et al.,
    Defendants.
_____/


### ORDER


      This cause is before the Court <u>sua sponte</u>. The plaintiff filed a "complaint" which is a one page document in Spanish and which is designated an emergency, the "complaint" was translated into English and docketed in this case, along with the plaintiff motion to proceed <u>in forma pauperis</u> (Document Nos. 1 and 2). The Court examined the motion to proceed without the payment of a filing fee and concluded that it is well-taken, plaintiff appears to be homeless.

      Since the plaintiff seeks to proceed <u>in forma pauperis</u>, the Court must review his complaint to determine whether it is frivolous or malicious under 28 U.S.C. § 1915(d). Additionally, the Court must read a plaintiff's <u>pro se</u> allegations in a liberal fashion. **Haines v Kerner**, 404 U.S. 519 (1972); <u>see also</u> **Miller v Stanmore**, 636 F.2d 986, 988 (5th Cir. 1981).

A complaint is frivolous under § 1915(d) "where it lacks an arguable basis either in law or in fact." **Neitzke v. Williams**, 490 U.S. 319, 325 (1989). A complaint filed in forma pauperis which fails to state a claim under Rule 12(b)(6), Fed.R.Civ.P. is not automatically frivolous. Id. at 328. Section 1915(d) dismissals should only be ordered when the legal theories are "indisputably meritless", Id. at 327, or when the claims relay on factual allegation which are "clearly baseless..., a category encompassing allegations that are 'fanciful'...and 'delusional'" and which rise to the level of the "irrational or the wholly incredible." **Denton v Hernandez**, 504 U.S. _, 112 S.Ct. 1728, 1733 (1992).

The Court has read and reviewed the complaint filed herein. The pleading is a rambling and essentially incoherent document which fails to set forth either factual or legal allegations which are sufficient to state a cause of action upon which a claim may be based. There are no jurisdictional allegations. And further, there are no coherent factual allegations in the "complaint". This complaint clearly is "baseless" as defined in the Denton case: the alleged facts in this case rise to the level of the "irrational or the wholly incredible." Accordingly, because the Court is satisfied that the complaint is frivolous, it is

**ORDERED** that this cause of action be **dismissed** in accordance with this opinion and the Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record